MARINDA WOOD, Respondent, v. WILLIAM
McCLUGHAN and others, Appellants.

*Judgment of foreclosure — effect of, on subsequent mortgagees, parties to the suit —
Presumption.*

On the 4th of October, 1862, the premises described in the complaint in this action, were sold by the sheriff to one Thomas George, under a judgment in foreclosure, in an action to which the plaintiff herein, the owner of a subsequent mortgage on said premises, was a party.    Thomas George did not pay the purchase-money, which was sufficient to discharge the prior mortgage, and also that of the plaintiff, but continued to pay interest on plaintiff's mortgage.

November 2d, 1863, Thomas George conveyed the same lands to the defendant McClughan, by a full covenant warranty deed, free of incumbrances.  In an action brought by the plaintiff to foreclose her mortgage, *held*, that it could not be maintained; that the deed to McClughan, if given for a good consideration and without notice, passed the entire title to him; and that, in the absence of proof, the deed would be held presumptive evidence of the payment of the consideration therein named.* †

Appeal from a judgment, entered in favor of the plaintiff.

*James W. Taylor*, for the appellants.

*John Miller*, for the respondent.

Opinion by Barnard, P. J.

Present—Barnard, P. J., Tappen and Talcott, JJ.

Judgment reversed and new trial granted, costs to abide the event.

* 7 Cow., 360.

† On the question of presumption, the Court of Appeals appears to have adopted a contrary rule of evidence.  See Moore v. Metropolitan National Bank, 55 N. Y., 41.—[Rep.